UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ALBERT KYLES, JR., #152595,  )<br>    Petitioner,            )<br>                             )<br>-v-                          )<br>                             )<br>WILLIE O. SMITH,             )<br>    Respondent.              )<br>_____) | No. 1:14-cv-1082<br><br>HONORABLE PAUL L. MALONEY |

### JUDGMENT

Having denied Petitioner Albert Kyles, Jr.'s application for a writ of habeas corpus under 28 U.S.C. § 2254 (ECF No. 1), as required by Federal Rule of Civil Procedure 58, *see Gillis v. United States*, 729 F.3d 641 (6th Cir. 2013), **JUDGMENT** enters in favor of Respondent and against Petitioner.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:  March 3, 2015                    /s/ Paul L. Maloney
                                        Paul L. Maloney
                                        Chief United States District Judge